901 A.2d 980

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee**

v.

**300 NORTH BROAD STREET, LTD., Appellant.**

Supreme Court of Pennsylvania.

May 24, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of May, 2006, the Order of the Commonwealth Court is affirmed.